MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ALFREDO MARTINEZ             CASE NO. A05-0108-09-CR (JWS)
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES ATTORNEY:         DAVID NESBETT

DEFENDANT'S ATTORNEY:           MICHAEL DIENI - FRIEND OF THE COURT

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD DECEMBER 19, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:36 a.m. court convened.

 X Copy of Indictment given to defendant; waived reading.

 X Defendant advised of general rights, charges, and penalties.

 X Defendant states true name: Same as above.

At 9:39 a.m. this matter recessed to begin sealed/ex parte
hearing.

At 9:46 a.m. this matter resumed in open court.

 X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Continued Arraignment/Detention Hearing set for **December 21,**
   **2005 at 9:30 a.m.**

 X Defendant detained.

 X Order of Temporary Detention Pending Hearing **FILED.**

 X OTHER: Court and counsel heard re defendant's oral motion for
an ex parte hearing; **GRANTED.**

At 9:54 a.m. court adjourned.

OFF RECORD NOTE: Continued Arraignment/Detention Hearing set for
**December 21, 2005 at 9:30 a.m.** is rescheduled to **December 21,**
**2005 at 10:30 a.m.**

DATE:    December 20, 2005    DEPUTY CLERK'S INITIALS:      ak