```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __ALFREDO MARTINEZ__  CASE NO. __A05-0108-09-CR (JWS)__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____ALLAN BEISWENGER, CJA APPOINTED__

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS:  CONTINUED ARRAIGNMENT / DETENTION HEARING
              HELD 12/21/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:36 a.m. court convened.

_X_ Copy of Indictment given to defendant; waived reading.

_X_ Defendant advised of general rights, charges and penalties; defendant waived full advisement of rights.

_X_ Defendant stated true name: __Same as above__  Age: __31__

_X_ PLEA: Not guilty to count _1 of the Indictment._

_X_ Defendant had no request re detention; defendant detained; Order of Detention Pending Trial **FILED.**

_X_ Pretrial motions due **January 12, 2006**; Order Regarding Preparation for Trial **FILED.**

_X_ Counsel advised of trial date: **June 5, 2006.**

_X_ OTHER: Meet and confer **December 23, 2005.**

At 10:42 a.m. court adjourned.


DATE: _____December 21, 2005_____ DEPUTY CLERK'S INITIALS: __ce__