IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>ALFREDO MARTINEZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-0108 CR (JWS) |

**RESPONSE TO COURT ORDER ON BEHALF OF DEFENDANT
ALFREDO MARTINEZ REGARDING DISCOVERY AND PLANNING**

Undersigned counsel for Defendant Alfredo Martinez submits this response to the court's order of December 23, 2005.

1. The suggestion for interim payments is reasonable and appropriate under the facts of this case.

2. The sharing of resources and interim payments for CJA-21 vender services is reasonable and appropriate.

3. At this juncture, there appears to be a voluminous amount of discovery for review, especially in the areas of audio and video CDs. To facilitate this review process, the government forwarded to IMIG Audio/Video CDs for duplication. This has initially been completed at the cost of $242.00 for each attorney. If there exists a less expensive manner to disseminate discovery, it should be utilized. IMIG has refused to use the CJA-21 vouchers.

4.    Counsel does not oppose Scott Dattan as lead counsel in this manner should he desire this undertaking.

5.    Until the issue of a joint defense agreement has been resolved, particularly in reference to the wire taps, I do not know if it is possible to utilize the same investigator due to potential conflict.

6.    At this time, I have not had sufficient time to review discovery to identify any such problems or issues.

7.    I have heard that FPD Rich Curtner indicated that space could be made available for storage, duplication, and distribution of discovery at their office. This would significantly reduce individually incurred costs.

8.    If the FPD's office is used as the central depository, and a discovery coordinator is appointed, then an index could be created and discovery distributed electronically to defense counsel.

9.    Scheduling travel in advance would make planning easier as well as reducing overall costs.

* * *

1.    With respect to the preparation of a service list, electronic filing is now online and operational with the court. Counsel for Mr. Alfredo Martinez has enrolled in this, and the e-mail address is beiswenger@ak.net as the primary address.

2.    With a trial date in June 2006, and with the discovery made available to date, a pretrial motions deadline of March 15, 2006 or April 1, 2006 appears appropriate.

3. Indexing of all documents by Bates numbers is useful and beneficial. The U.S. Attorney's Office has been utilizing this method thus far in this matter on discovery received to date.

4. Mr. Alfredo Martinez does not need the services of an interpreter.

5. Expert witnesses may be necessary. Any time limit imposed should be generous enough to take into account the limited personnel resources available to most criminal defense practitioners, in particular CJA appointed counsel.

6. The court's suggestion regarding discovery costs is reasonable and appropriate.

7. The Federal Defender has volunteered the use of some space for this purpose.

8. It is too early for counsel to take a position at this juncture.

In conclusion, no one volunteering to serve as "lead" counsel for the CJA counsel has stepped forward at the time of this writing. Undersigned counsel has spoken with Mr. Dattan, but a final decision of lead counsel has not yet been made.

DATED at Anchorage, Alaska, this 17th day of January 2006.

LAW OFFICES OF ALLAN BEISWENGER
Attorney for Alfredo Martinez

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, Alaska 99501
t) 907-828-1280
f) 907-258-6419
email) beiswenger@ak.net
Alaska Bar # 7706074

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins, Asst. U.S. Attorney
Office of the U.S. Attorney
Stephan.Collins@usdoj.gov
Defendant Shannon Rainey

D. Scott Dattan, Esq.
dattan@alaska.net
Defendant D'Andre Tolbert

Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net
Defendant Richard McKinnon

Mike Dieni, Esq.
Federal Defender's Office
Mike_Dieni@fd.org
Defendant Krista Callan

Lance C. Wells, Esq.
LAW OFFICES OF LANCE C. WELLS, P.C.
lwells@gci.net
Defendant Isai Hernandez

Raul Mendez, Esq.
raulmendez1@earthlink.net

and by U.S. mail upon:

William B. Carey, Esq.
CAREY LAW OFFICE
1502 W. 34th Ave
Anchorage, Alaska 99503

Mark A. Rosenbaum, Esq.
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502

Scott A. Sterling, Esq.
STERLING & DeARMOND
851 E. Westpoint Dr, Suite 201
Wasilla, Alaska 99654

Ronald Offret
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK  99501

John C. Pharr
Law Office of John C. Pharr
733 W 4th Avneue, Suite 308
Anchorage, AK  99501-2103

s/ Angela J Waalkes, dated January 17, 2006

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419