IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| ALFREDO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A05-0108 CR (JWS) |

**DEFENDANT A. MARTINEZ' MOTION FOR BILL OF PARTICULARS**

Comes now the Defendant, Alfredo Martinez, through counsel, and hereby moves for an Order that the Government provide Defendant with a Bill of Particulars. Mr. Martinez is one of a group of eleven (11) codefendants charged with twenty-two (22) Counts involving drug sales and money laundering.

Mr. Martinez is charged only in Count 1, "Conspiracy in Relation to Cocaine and Methamphetamine Trafficking" in violation of 21 USC. Sec. 846 and 841(b)(1)(A). In paragraph number 1, captioned "Nature of the Conspiracy", the only mention of Mr. Martinez is an allegation that he, ". . . in California, supplied the conspiracy with methamphetamine, and "Ice", that the conspirators distributed in Alaska". In paragraph 3, "Acts in Furtherance of the Conspiracy", Act 4 states "Sometime in May, 2005, ALFREDO MARTINEZ supplied CARLOS RAINEY with methamphetamine for distribution in Alaska".

A bill of particulars is requested for purposes of informing Mr. Martinez of the following:

1. The names of any persons who received the alleged methamphetamine and "ice" listed in the Nature of the Conspiracy, their location(s) at the time(s) of any receipt, and the dates any such drugs were supplied.

2. A description of the alleged amount of methamphetamine "supplied" by Mr. Martinez to Defendant Carlos Rainey in May of 2005 as stated in the Acts in Furtherance of the Conspiracy, Paragraph 4. Further a description of how and where the drugs were "supplied" and any alleged acts of Mr. Martinez in the alleged coordination of the shipment between California and Washington or Alaska.

In support of this Motion for Bill of Particulars, Mr. Martinez would rely upon the MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF PARTICULARS filed by co-defendant, Isai Hernandez, dated March 15, 2006.

DATED at Anchorage, Alaska, this 30th day of March 2006.

LAW OFFICES OF ALLAN BEISWENGER
Attorney for Alfredo Martinez

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, Alaska 99501
t) 907-828-1280
f) 907-258-6419
email) beiswenger@ak.net
Alaska Bar # 7706074

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on March 30, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins, Asst. U.S. Attorney
D. Scott Dattan, Esq.
Thomas Burke Wonnell, Esq.
Mike Dieni, Esq.
Lance C. Wells, Esq.
Hugh W. Fleischer
William B. Carey, Esq.
Mark A. Rosenbaum, Esq.
Scott A. Sterling, Esq.
Raul Martinez
Hugh Fleischer
John C. Pharr-
s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

RESPONSE TO COURT ORDER REGARDING DISCOVERY AND PLANNING    CASE NO. A05-108 CR
USA vs. Alfredo Martinez                                     Page 4 of 4