IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| ALFREDO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. A05-0108 CR (JWS) |

**<u>ORDER REGARDING DISCOVERY</u>**

Defendant, Alfredo Martinez, having moved for an Order regarding

Discovery, and the court being fully advised:

IT IS HEREBY ORDERED that such Motion is granted and the Plaintiff

shall provide to Defendant Alfredo Martinez all documents specified in

Defendant's Motion.

Dated this _____ day of April, 2006.

_____
U.S. District Judge