IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| ALFREDO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ ) | | Case No. A05-0108 CR (JWS) |

## **ORDER REGARDING DISCOVERY**

Defendant, Alfredo Martinez, having moved for an Order regarding

Discovery, and the court being fully advised:

IT IS HEREBY ORDERED that such Motion is granted and the Plaintiff

shall provide to Defendant Alfredo Martinez all documents specified in

Defendant's Motion.


Dated this _____ day of April, 2006.


_____

U.S. District Judge