IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>            Plaintiff, )<br>)<br>Vs. )<br>)<br>ALFREDO MARTINEZ, )<br>)<br>            Defendant. )<br>_____ ) | Case No. A05-0108 CR (JWS) |

**NOTICE OF JOINDER**

      Comes now Defendant ALFREDO MARTINEZ, through counsel, and hereby joins in several motions filed by co-defendant ISAI HERNANDEZ. Specifically, Mr. Martinez would join in the MOTION FOR ADMISSIBILITY HEARING REGARDING STATEMENTS, and the MOTION FOR SEVERANCE, both dated March 15, 2006.

      The reasons given by Mr. Hernandez to support his MOTION FOR SEVERANCE would apply with even greater force to Mr. Martinez. Mr. Martinez is charged with only the conspiracy count of the Indictment. In the discovery that has been provided, including the results of a telephone tap and video monitoring of Mr. Rainey's residence in Washington, Mr. Martinez is only involved in fourteen (14) calls, ten of which were either hang-ups, or answering machine messages.

      DATED at Anchorage, Alaska, this 30th day of March 2006.

                                            LAW OFFICES OF ALLAN BEISWENGER
                                            Attorney for Alfredo Martinez

                                            s/ Allan Beiswenger
                                            1101 W 7th Avenue

Anchorage, Alaska 99501
t) 907-828-1280
f) 907-258-6419
email) beiswenger@ak.net
Alaska Bar # 7706074

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on March 30, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins, Asst. U.S. Attorney
D. Scott Dattan, Esq.
Thomas Burke Wonnell, Esq.
Mike Dieni, Esq.
Lance C. Wells, Esq.
Hugh W. Fleischer
William B. Carey, Esq.
Mark A. Rosenbaum, Esq.
Scott A. Sterling, Esq.
Raul Martinez
Hugh Fleischer
John C. Pharr-
s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419