IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| ALFREDO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-0108 CR (JWS) |

### NOTICE OF ERRATA

1.  Comes now Defendant, ALFREDO MARTINEZ, though his counsel, and hereby gives notice that Document 229 filed in this case on March 30, 2006, was in error, as Documents 1 and 2 both contained the proposed Order for Discovery, rather than Document 1 constituting the Motion. The appropriate Motion is attached with this notice.

DATED at Anchorage, Alaska, this 31st day of March, 2006.

> LAW OFFICES OF ALLAN BEISWENGER
> Attorney for Alfredo Martinez
>
> s/ Allan Beiswenger
> 1101 W 7th Avenue
> Anchorage, Alaska 99501
> t) 907-828-1280
> f) 907-258-6419
> email) beiswenger@ak.net
> Alaska Bar # 7706074

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins, Asst. U.S. Attorney
D. Scott Dattan, Esq.
Thomas Burke Wonnell, Esq.
Mike Dieni, Esq.
Lance C. Wells, Esq.
Raul Mendez, Esq.
Hugh W. Fleischer
William B. Carey, Esq.
Mark A. Rosenbaum, Esq.
Scott A. Sterling, Esq.
John C. Pharr

s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419