IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| ALFREDO MARTINEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-0108 CR (JWS) |

**MOTION FOR DISCOVERY**

Comes now Defendant, ALFREDO MARTINEZ, though his counsel, and herby moves for discovery pursuant to Rule 16 of the Rules of Criminal Procedure, as well as pursuant to the Court's SCHEDULING AND PLANNING ORDER REGARDING DISCOVERY AND PRETRIAL MOTIONS entered in this case on February 1, 2006.

1. Mr. Martinez requests any and all material exculpatory evidence .

2. Mr. Martinez requests copies of any statements, recordings, and the like, pursuant to Rule 16(a)(1)(A), (B), and (C).

3. Mr. Martinez requests expert reports for any illegal substance allegedly possessed or provided by Mr. Martinez. This would specifically include the test results for substances identified in the Report of Investigation as Exhibits 23, 24, and 25, seized from Mr. Martinez' business on November 18, 2005.

4. Mr. Martinez requests a copy of the Grand Jury Transcript for the proceeding that resulted in the indictment against Mr. Martinez.

5. Pursuant to this Court's Discovery Order, Mr. Martinez would request an index of documents provided in discovery, listed by bates number, and an index of tangible material.

DATED at Anchorage, Alaska, this 30th day of March, 2006.

LAW OFFICES OF ALLAN BEISWENGER
Attorney for Alfredo Martinez

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, Alaska 99501
t) 907-828-1280
f) 907-258-6419
email) beiswenger@ak.net
Alaska Bar # 7706074

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on January 17, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins, Asst. U.S. Attorney
D. Scott Dattan, Esq.
Thomas Burke Wonnell, Esq.
Mike Dieni, Esq.
Lance C. Wells, Esq.
Raul Mendez, Esq.
Hugh W. Fleischer
William B. Carey, Esq.
Mark A. Rosenbaum, Esq.
Scott A. Sterling, Esq.
John C. Pharr

s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419