DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-108-9 (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | RESPONSE TO ORDER ON |
| vs. ) | MOTION FOR A BILL OF |
| ) | PARTICULARS |
| ALFREDO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Per the Court's order regarding Alfredo Martinez's request for a bill of

particulars, request Number 2, the United States gives notice that the amount of

methamphetamine Martinez supplied to Carlos Rainey was 50 grams or more of actual methamphetamine. This amount triggers the penalties available under 21 U.S.C. § 841(b)(1)(A). The amount of methamphetamine that Carlos Rainey and the others distributed during May, 2005, was in excess of 100 grams.

RESPECTFULLY SUBMITTED this day, April 24, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006
a copy of the foregoing was served
electronically:

Allan Beiswenger, Esq.

s/ Stephan A. Collins