IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
          Vs. )          Case No. 3:05-cr-108-9(JWS)
)
ALFREDO MARTINEZ, )
)
          Defendant. )
_____)

**NOTICE OF INTENT TO CHANGE PLEA**

          Comes now the Defendant, Alfredo Martinez, through counsel, Allan Beiswenger, and hereby gives notice of his intent to change his plea in the above-referenced case.  The parties have entered into a Plea Agreement which will be filed with the Court once it is signed by all parties.  Mr. Martinez will be pleading to Count 1 of the Indictment, but will be subject to the sentencing provisions as set forth in 21 U.S.C. Sec. 841(b)(1)(C).

          It is requested that the matter be scheduled for a change of plea.  Counsel for Mr. Martinez is not available May 30th or the afternoon of June 2, 2006.

          Dated at Anchorage, Alaska this 25th day of May, 2006.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Petitioner

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
(907) 868-1280
Alaska Bar No. 7706074

CERTIFICATE OF SERVICE
This is to certify that a corret copy of this Notice of Intent to Change Plea was served electronically upon the Office of the United States Attorney on May 25, 2006.

s/ Allan Beiswenger

AB/AW/Martinez/Change of Plea.doc

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419