**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   ALFREDO MARTINEZ

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                              CASE NO.  3:05-cr-00108-09-JWS

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 25, 2006

      The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Tuesday, May 31, 2006, at 11:00 a.m..

      The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are vacated.

[]{IK2.WPD*Rev.12/96}