NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> ALFREDO MARTINEZ, )<br>  )<br>   Defendant. )<br>_____ ) | Case 3:05-CR-00108-9-JWS<br><br><u>UNITED STATES SENTENCING<br>MEMORANDUM</u> |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . **151 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . **5 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his pleas of guilty, the defendant stands convicted of one count of conspiracy, in violation of 21 U.S.C. § 846. The USPO has recommended the Court find the defendant's total adjusted base offense level for the counts of conviction to be 31 and that, with the defendant's criminal history category classification of IV, the defendant's sentence range to be between 151 and 188 months of imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities. The Untied Stats is prepared to present evidence to support th information contained in the pre-sentence report.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United States recommends a sentence 151 months of

imprisonment to run concurrent, a special assessment of $100.00, and a term of five years supervised release. The United States does not recommend the imposition of a fine, based on the defendant's apparent current or foreseeable ability to pay a substantial fine. The United States recommends a term of five years supervised release because of the seriousness of the defendant's conduct as well as his prospects of being deported following conviction to ensure that if the defendant is deported that he not return to the United States without prior United States Attorney approval. This sentence will adequately address not only the United States Sentencing Commission Guideline concerns but also those contained in 18 U.S.C. § 3553. The United States recommends this term of imprisonment for this defendant because of his substantial involvement in a fairly successful methamphetamine distribution organization.

    At this time, although the defendant initially appears to have accepted responsibility, his new found resistance to admitting responsibility for *any* of the methamphetamine calls into question whether or not the defendant has accepted responsibility. If that is his position, then he seems to be calling into doubt the validity of his plea.

    Although Carlos Rainey was looking to obtain methamphetamine form other sources durign the course fo the conspiracy, the only methamphetamine the United

States purchased in Alaska came from the defendant. This factual assertion is supported by not only the surveillance of Carlos Rainey and the defendant during the conspiracy, but also the intercepted conversations between Carlos Rainey and the defendant during which they acknowledged their past methamphetamine transactions. For this reason, the United States is prepared to establish the defendant's responsibility for a substantial amount of methamphetamine, which in turn will support the recommended sentence.

     RESPECTFULLY SUBMITTED this day, September 13, 2006, in Anchorage, Alaska.

                                    NELSON P. COHEN
                                    United States Attorney

                                    s/Stephan A. Collins
                                    Assistant U.S. Attorney
                                    222 West 7th Ave., #9, Rm. 253
                                    Anchorage, AK 99513-7567
                                    Phone: (907) 271-5071
                                    Fax: (907) 271-1500
                                    E-mail: stephan.collins@usdoj.gov
                                    AK # 8911061

I declare under penalty of perjury that a true and correct copy of the foregoing SENTENCING MEMORANDUM was sent to the following counsel of record on September 13, 2006, via:

FPD

Sue Ellen Tatter
550 W 7th Ave. Suite 1600
Anchorage, Alaska 99501

United States Probation Office

Executed at Anchorage, Alaska on
September 13, 2006

_____
Office of the U.S. Attorney