IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| ALFREDO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | Case No. A05-0108 CR (JWS) |

**NOTICE OF FILING SENTENCING MEMORANDUM ATTACHMENTS**

Comes now the Defendant, Alfredo Martinez, by and through his attorney, Allan Beiswenger, and files his attachments to the sentencing memorandum filed on September 13, 2006.

Dated at Anchorage, Alaska this 14th day of September 2006.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Alfredo Martinez

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

I HEREBY CERTIFY that on September 14, 2006,
the foregoing document was filed electronically.

s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

AB/AW/Martinez/Notice of Filing.doc