

Attachment 1

To the Honorable Judge John Sedwick,

    Hello my name is Hilda I am Alfredo Martinez's wife. The reason for this letter would be to speak on his behalf, and our family. I have been with Alfredo for almost 15 years this January. And like any marriage we have had many ups and downs but have still manage to remain together. We have three beautiful children the oldest Tanisha is 15 years old, Emma is 13 and Freddy is 11. For them all this is very traumatic as it is for me. We are having extreme hardship at this time since I am the only bread winner in the household. I have two jobs and have to leave my children alone many times to go to work. Of course his sister Paula has been a tremendous help for me but she does have her own child to take care of, but what she does is a great help to me. Alfred is a good man, a good husband in every way and a great father. There has not been a time where he has not been there for all children. From t-ball to our oldest daughter's concert in the Kodak theater. She was in honor orchestra in the 9th grade and we where always present to all of her rehearsals. I know that my children miss there dad terribly as do I.

    I know now what type of hardships a single mother can through because I'm going thru that at this time. It's very difficult having two jobs and trying to raise 3 children by yourself. Alfred had a shop were he would work on cars for show and some of his also he has been interview by L.A. TV a local television station featuring current events. By TRUCCCHA videos and The Low Rider magazines both here and in Japan. Even though he has never been in Japan before. And because of all this he has lost his shop what took him years to build has disintegrated in a in a few weeks. Alfred is desperate needed at home with his family and close relatives. He is not a bad person he is funny and is always the clown in any occasion. I know that he is missed by a lot if his friends. Someone posted a site to say anything that anyone want to him in the Lay it low website. It's nice to know that people he does not know very well are on his side.

    Your Honor please take into consideration his children if not myself. He is missed and loved very much. Don't let my children grow up with out their father.

Sincerely,

*Hilda Martinez*
Hilda Martinez

Attachment 2

To Honorable John Sedwick

I am writing in behalf of my brother Alfred (11), my sister Emma (13), and I, Tanisha (15). My dad has been a great father to my siblings and I. He always took us out to restaurants, amusement parks, car shows, and other forms of entertainment. He always provided us with shelter, food, and clothing. When we played tee-ball and softball he was there for every practice and game. When I was in orchestra he went to every school performance and when I got into honor orchestra he was there when I performed at the Kodak Theater. He was there to congratulate me when I got my first poem published. I am very grateful for that. My brother, sister, and I love him very much. My brother is the closest to him and was devastated when he found he was arrested. We all miss him very much. My father is a very loving father and husband, and we all love him very much. We need him for guidance, advice and support. Please don't take that away from us.

Sincerely,
Tanisha Murray

Attachment 3

10230 Freeman Ave.
Santa Fe Springs, Ca 90670

562/941-3279
562/941-2758 FAX

# L.A. EXPRESS COURIERS

August 23, 2006

To: The Honorable Judge John Sedwick
From: Chris Martin, Owner

Re: Alfred Martinez

Dear Sir:

I have known Alfred Martinez for about 15 years. During that time I got to know him as a good person, very loyal to his family and friends with a good sense of humor and kind hearted. I very responsible person.

I've work with him in fixing custom cars and showing them off at car shows. He is very reliable and responsible when it comes to job performance. Also, Alfred and his son Freddy were always seen together in car shows and working with cars.

Sincerely,

Chris Martin, Owner
L.A. Express Couriers

LA EXPRESS COURIER
CA #014758

10230 Freeman Ave.
Santa Fe Springs, CA 90670

Real Service

FAST DELIVERY
Bus. (562) 941-3279 • Bus. (562) 941-2679
Bus. (562) 941-2618 • Fax: (562) 941-2758

L.A. Express Couriers

Attachment 4

To the Honorable Judge John Sedwick,

I am writing to you in behalf of my dear friend Alfredo Martinez. My name is Carlos Armero I have been Alfredo's friend since grade school which would be somewhere around twenty years, pretty much all our lives. I have the privilege of also knowing his wife and their three children. Alfredo is the type of person that will go out of his was to help any of his friends in need. He is kind hearted and quick to lift your spirits if needed. He is a good father to his three children Tanisha, the eldest 15 years old, Emma 13 years old, and Freddy 11 years old. And I know that it is especially hard on his son because they were inseparable. All of Alfredo's acquaintances and friend alike knew who his son Freddy is. If Alfredo came out in a Lowrider video his son was close by and also in the video. He is close to his family were ever he would go they would follow. And I know that all this is very hard on his wife Hilda because she now has to work two jobs just to survive and give her children the basic necessities. This is also hard on Alfredo since he has not been gone for long period of time from his family; he loves his children very much. There is no worse punishment for him than this, being away from his loved ones and vice versa. I plea with you to please take into consideration that this is not an evil man. His children are in need of there father at this crucial age where a father figure and a firm hand is needed for good upbringing. Again Alfredo is a loyal friend and a loving husband and his family desperate needs him back.

Sincerely,
Carlos Armero

*Carlos Armero*

Attachment 5



# GRACE BIBLE CHURCH

4936 Tweedy Blvd.
South Gate, CA 90280
(323) 566-2210
Pastor: Don Bruszer
Youth Director: Josh Gonzales

June 2, 2006

To Whom It May Concern,

This is a character reference for Alfred Martinez.

I have known Mr. Martinez, his wife and 3 children, sister and parents for over 6 years since they started attending our church. Hilda and the kids come almost every Sun and for Bible Study and youth programs thru the week. Alfred hadn't always been able to come to church because of work conflicts but I have had the pleasure of being in their home and in Alfred's shop many times. My wife and I have had meals with them both in their home and ours and consider them friends.

Alfred is a good father to his children showing affection to them and taking them places. He is a good provider for all the needs of the family and the kids seem to be very well adjusted. Like I said I have been with them in children and youth programs and projects around the church where all of them are very helpful. Alfred always brings the family here for picnics and notably for the 4th of July where he acts like a kid with them.

Alfred had worked very hard at his auto body custom business as I have seen him at his shop polishing auto bodies and installing customized and chromed parts in customers' vehicles. He obviously has a professional attitude and takes pride in his work. He is locally well known for his ability but travels to shows and to do off site jobs.

Several years ago Alfred purchased and installed a tape and CD player and sound system in my daughter's VW. He took me around to his friends to pick up the components for him to install. What I observed about Alfred is that he thoroughly enjoys dealing with people, has a wide assortment of friends and is obviously willing to help out someone in need.

My wife and I enjoy having Alfred as a friend and trust that he will be found innocent of serious wrongdoing. In addition we humbly would remind the court that he has Hilda and kids at home that really love him and would like him to return. On behalf of Alfred we throw ourselves at the mercy of the court and ask that he be released soon.

Sincerely,

Pastor Don Bruszer

Attachment 6

Alfred J. Hernandez
1404 W. Whittier Blvd
323-720-9414

June 21, 2006

To Whom It May Concern:

My name is Alfred J. Hernandez; I am a 56-year-old retired federal employee. I have known Alfred Martinez for 26 years. I am an 8th Degree black belt. He has been a student of mine for quite some time and his 11-year-old son Freddie Martinez is a current student of mine. Alfred Martinez has shown a great commitment to karate, and has shown his son the importance of commitment. Alfred Martinez is a great friend of mine. I am well acquainted with his wife Hilda Martinez, his eldest daughter Tanisha Martinez, Emma Martinez, and his youngest Freddie Martinez. Alfred Martinez is an excellent, and proud father. He is an active and encouraging father. He has raised well-mannered, responsible children. His children have a well-balanced social and intellectual involvement in school and community. Alfred Martinez is an excellent provider, father, and friend. His absence from his family and friends has caused a great deal of heartache and hardship. His wife and children are devastated. Alfred Martinez has always shown integrity, honor, and dedication in all that he has done. I am proud to call Alfred Martinez my friend, and I can personally vouch for his integrity. Alfred Martinez has always managed to walk the right and virtuous path.

Sincerely,

Alfred J. Hernandez
8th Degree Black Belt

**A.J.H. KICKBOXING**

Master 7th Dan
Alfred J. Hernandez
Chief Instructor

Self-Defense
Weapons
Contact Fighting

1404 W. Whittier Blvd.
Montebello, CA. 90640
Bilingual Classes

Ph: (323) 720-9414   Fax: (323) 720-9415

Attachment 7

9-6-06

Dear Honorable Judge: John W. Sedwick

When I come befor you to be sentence in this matter, my future will ultimately rest in your hands. The PSI and Prosecuter will have thies recommendations, and I only hope that my words may be of equal value in that you may look at me, see the real me a human being - and find that which you can use in determining and calculatin a sentence mercifully in my favor.

I understand that I have put myself and my family and friends through unweighable grief and suffering. I also understand that my over all actions, affected others in the negative. For all of the above mentioned, I am truly sorry. No matter the sentence, I will do my utmost to become the best man I can became - the most productive member of society I can be.

A happily married man for 16 years. me and my wife, Hilda have raised 3 beautiful children, for the last 7 years I have owned and operated my own ~~business~~. Car restoration business. Unfortinatly I was fureed to sell it due to my recant incarceration. Our oldest child Tanisha is a musical wizard She plays the viola. out of so many schools in California she was one of three kids chosen from LA County to play in an orchestra at the Kodak Theater. and also has a few poems published in books. My second oldest, Emma, likes to play the drums. Perhaps they will form thies own band someday. and then thiers is Alfred, my son. I'v basically raised him in the buisness. He has a keen eye for cars and loves

Attachment 8

them just like me.

your honor, I have played an active role in my community through drives like "Toys for Tods" and "ride for peace". I also have made my share of donations to the community. I will do my best with the sentece you give me to educate, motivate, and turn myself into a positive role model for my family and community.

I just ask for your wisdom in this matter, your insight, and compassinate mercy.

Sincerly: Alfredo Martin