MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.   ALFREDO MARTINEZ         CASE NO. 3:05-CR-00108-09-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:      JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID / CAROLINE EDMISTON

UNITED STATES ATTORNEY:    STEPHAN COLLINS / THOMAS BRADLEY

DEFENDANTS ATTORNEY:       ALLAN BEISWENGER

U.S.P.O.:                  SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of    16 MONTHS

 X Defendant placed on supervised release for a period of  3  years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00   , due   immediately.

 X  OTHER: Court counsel heard re defendant's letter to court; Court read. Rodney J. Russell sworn and testified on behalf of plaintiff; Court and counsel heard re presentence report objections, plea agreement, departures, quantity issues, sentencing arguments and recommendations; Payment coupon given to defendant; Court advises defendant of appeal rights.

 X Defendant remanded to the custody of the U.S. Marshal.

List of witnesses to be filed separately.

At 10:13 a.m. court adjourned.


DATE: September 20, 2006     DEPUTY CLERK'S INITIALS: SCD/CME